# CHARLES W. BLOOMQUIST v. IDA RINEHART and Another.[1]

## June 11, 1909.

## Nos. 16,198—(161).

Action in the district court for Hennepin county to recover possession of certain premises and $230 for the rental of the same. The case was tried before Frederick V. Brown, J., who directed a verdict in favor of plaintiff for $142.15. From

[1] Reported in 121 N. W. 1133.

an order denying defendants' motion for judgment notwithstanding the verdict or for a new trial, they appealed.    Affirmed.

*T. P. Wormward,* for appellants.

*C. A. Dalby,* for respondent.

PER CURIAM.

In this action to recover rent the court directed a verdict for the plaintiff, and defendants appealed from an order denying a motion for a new trial.    After carefully considering the records, we are satisfied that the court was correct, and the order is therefore affirmed.